IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO: 09-40003 |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF COURT</u> |
| | ) | |
| vs. | ) | DATE: 12/26/2013 |
| | ) | |
| JESSE D. MAY, | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER:  N/A

COUNSEL FOR PLAINTIFF(S) :    N/A

COUNSEL FOR DEFENDANT(S):  N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME

This matter is before the court on the government's motion (doc. # 624).

It is hereby ORDERED that this matter is set for hearing on 1/17/2014 at 2:00 p.m. in Benton, IL.

The defendant will be present via telephone unless otherwise requested by parties.

NANCY ROSENSTENGEL,  CLERK

By: s/ K. Jane Reynolds
Deputy Clerk